UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),                      CASE NO. 13-20634

v.

                                    HONORABLE GERALD E. ROSEN

D-1, ROBERT KUDLA,

        Defendant(s).
_____/

**ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE (DOC. 24)**

On January 22, 2014 the Court held a hearing on defendant's Motion to Suppress Evidence (Doc. 24). For the reasons stated on the record,

IT IS ORDERED that the motion is DENIED.

SO ORDERED.

Dated: January 30, 2014                  s/Gerald E. Rosen
                                              Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 30, 2014, by electronic and/or ordinary mail.

                                                  s/Julie Owens
                                                Case Manager, (313) 234-5135